**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2126**

———————————

NEGUSSIE SADO,

           Plaintiff - Appellant,

   versus

LELAND MEMORIAL HOSPITAL,

           Defendant - Appellee,

   and

RONALD MARX; EDMUND PETERS; TED LEWIS; CHRIS-
TOPHER PICKWICK; LINDA HERFORD; WASHINGTON
ADVENTIST HOSPITAL,

           Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
94-2959-PJM)

———————————

Submitted:  October 29, 1996     Decided:  November 19, 1996

———————————

Before HALL, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Negussie Sado, Appellant Pro Se.  R. Dennis Osterman, LERCH, EARLY
& BREWER, Bethesda, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellee's motion for summary judgment and dismissing Appellant's suit filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sado v. Marx, No. CA-94-2959-PJM (D. Md. July 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3